NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KARIE PETIT,                            )
                                        )
          Appellant,                    )
                                        )
v.                                      )     Case No. 2D17-3634
                                        )
JASON PETIT,                            )
                                        )
          Appellee.                     )
                                        )
_____ )

Opinion filed June 15, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Collier County;
Mary Evans, Judge.

James M. Oliver of Cardillo, Keith &
Bonaquist, P.A., Naples, for Appellant.

No appearance for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.